# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. RIVERS,

    Plaintiff,

v.                                              Case No: 8:16-cv-1860-T-30AEP

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Unopposed Motion to Lift Stay and Dismiss 28 U.S.C. § 2255 Motion Without Prejudice (Dkt. #6). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Unopposed Motion to Lift Stay and Dismiss 28 U.S.C. § 2255 Motion Without Prejudice (Dkt. #6) is GRANTED.

2. The stay is lifted.

3. Michael T. Rivers' § 2255 Motion (Dkt. #1) is dismissed without prejudice.

4. This case is dismissed without prejudice.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of April, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record